IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VDPP LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:20-cv-07694 |
| | ) Hon. Gary Feinerman |
| LENOVO (UNITED STATES) INC., | ) |
| Defendant. | ) |

### Notice of Dismissal

Pursuant to Rule 41(a)(1)(A)(i), plaintiff dismisses this case without prejudice.

Date: March 29, 2021

/s/ Matthew M. Wawrzyn
Matthew M. Wawrzyn (#6276135)
matt@wawrzynlaw.com
WAWRZYN LLC
200 Randolph Street, Suite 5100
Chicago, IL 60601
(312) 235-3120

*Counsel for VDPP LLC*